# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Western Division

Sarah DePuye

                Plaintiff,

v.                                                 Case No.: 3:16−cv−50169

                                                                      Honorable Iain D. Johnston

MENARD, INC.,

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 23, 2017:

      MINUTE entry before the Honorable Iain D. Johnston: Status hearing held 3/23/2017. On the plaintiff's motion to voluntarily dismiss [42] under Fed. R. Civ. P. 41(a)(2), the defendant objects to dismissal without prejudice given that it incurred expenses exchanging discovery and the plaintiff could refile. However, if the plaintiff refiles the defendant will be able to use that discovery. In the absence of any unfair prejudice, the motion to dismiss [42] is granted. As set out in Rule 41(a)(2), the dismissal is without prejudice. In light of the parties' consent, Dkt. 15, the clerk is directed to terminate this case. Civil case terminated. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.